**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

DATAN ELIEZER LICONA ZELAYA,

                Petitioner,

v.                                          CIVIL ACTION NO. 3:26-0293

KENNETH BARNETT,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
JOHN RIFE,
Field Office Director, Philadelphia Field Office,
United States Immigration and Customs Enforcement;
TODD M. LYONS,
Acting Director,
United States Immigration and Customs Enforcement;
MARKWAYNE MULLIN,
Secretary of Homeland Security;
TODD BLANCHE,
Acting United States Attorney General,
in their official capacities,

                Respondents.

**ORDER**

Upon agreement by both parties, the filing deadlines within the Court's Order to Show Cause, ECF No. 6, are amended as follows:

1. The Government's written response to **SHOW CAUSE**, if any, as to why the Petition should not be granted, shall be filed no later than 5:00 PM, Wednesday, April 29, 2026.

2. Petitioner shall have an opportunity to file a reply by Thursday, April 30, 2026, at 8:30 AM.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

-2-

ENTER:      April 29, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE

-2-